UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NEAL BISSONNETTE,
TYLER WOJNAROWSKI,
      Plaintiffs,

v.

LEPAGE BAKERIES PARK ST., LLC,
C.K. SALES CO., LLC, FLOWERS
FOODS, INC.,
      Defendants.

Case No. 3:19-cv-00965(KAD)

## JUDGMENT

This matter came on for consideration of defendants' Motion to Dismiss [doc. #31] and Supplemental Motion to Dismiss [doc. #41] before the Honorable Kari A. Dooley, United States District Judge. The Court has considered the full record of the case including applicable principles of law. On May 14, 2020, the court entered an order granting the motions in favor of the defendants.

It is therefore ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 15th day of May 2020.

ROBIN D. TABORA, Clerk

By: /s/ Kristen Gould
   Kristen Gould
   Deputy Clerk

EOD:5/15/2020