# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand twenty-four.

Present:

        Dennis Jacobs,
        Maria Araújo Kahn,
            *Circuit Judges*,
        Diane Gujarati,
            *District Judge.**

| | |
|---|---|
| Neal Bissonnette, individually and on behalf of all others similarly situated, and Tyler Wojnarowski, individually and on behalf of all others similarly situated, | **ORDER**<br><br>Docket No. 20-1681 |
| *Plaintiffs-Appellants*, | |
| v. | |
| LePage Bakeries Park St., LLC, C.K. Sales Co., LLC, and Flowers Foods, Inc., | |
| *Defendants-Appellees*. | |

It is hereby ORDERED that the mandate is recalled, and the above-captioned appeal is reinstated.

                                          FOR THE COURT:
                                          Catherine O'Hagan Wolfe, Clerk of Court



---

* Judge Diane Gujarati of the United States District Court for the Eastern District of New York, sitting by designation.