IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NEAL BISSONNETTE, ET AL., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:19-cv-00965-KAD |
| LEPAGE BAKERIES PARK ST., LLC, ET AL. | ) | |
| Defendants. | ) | |

## **DEFENDANTS' MOTION TO STAY PROCEEDINGS**

Defendants LePage Bakeries Park St., LLC, C.K. Sales Co., LLC, and Flowers Foods, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court for an Order staying these proceedings pending the United States Supreme Court's decision in *Flowers Foods, Inc., et al v. Angelo Brock*, Case No. 24-935, on appeal from the United States Court of Appeals for the 10th Circuit.

As set forth in the accompanying Memorandum of Law, the question presented in the *Brock* case is identical to one of the central questions in this litigation; namely, whether workers who deliver locally, goods that travel in interstate commerce – but who do not transport the goods across borders or interact with vehicles that cross borders – are "transportation workers" who are "engaged in foreign or interstate commerce" for purposes of the Section 1 exemption to the Federal Arbitration Act ("FAA"). The Supreme Court's decision in *Brock* will create case law that is binding on this Court regarding this issue. Accordingly, considerations of judicial efficiency and respect for the Supreme Court's authority thus favor staying this matter pending the Court's decision in *Brock*.

1

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant the instant Motion for Stay, and enter a stay of these proceedings until such time that the Supreme Court issues a decision in *Brock*.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/Michael O'Malley
Michael O'Malley (CT 31784)
michael.o'malley@ogletree.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Blvd., Suite 602
Stamford, CT 06901
Tel: 203-969-3100
Fax: 203-969-3150

Margaret. Santen (NC Bar No. 52927)*
maggie.santen@ogletree.com
Benjamin R. Holland (NC Bar No. 28580)*
benjamin.holland@ogletree.com
Elizabeth R. Gift (NC Bar No. 44331)*
elizabeth.gift@ogletree.com
*Admitted Pro Hac Vice
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
201 S. College Street, Suite 2300
Charlotte, North Carolina 28244
Tel.: 704-342-2588
Fax: 704-342-4379

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **MOTION FOR STAY** with the Clerk of Court using the CM/ECF system.


Dated this the 31st day of October, 2025.

_____/s/ Michael O'Malley_____